

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

J.D. THOMPSON, III                                   CIVIL ACTION

VERSUS                                               NUMBER: 06-5271

FRANKLINTON POLICE DEPT., ET AL.                     SECTION: "B"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice for failure to prosecute.

New Orleans, Louisiana, this 1st day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

\_\_ Fee _____
\_\_ Process _____
X  Dktd _____
\_\_ CtRmDep _____
\_\_ Doc. No _____